|  | TRUSTEE'S CONFIRMATION REPORT – 12/7/17 |  |
|---|---|---|

**DEBTOR:** Connecticut M Knight      **CASE NO.:** 17-20285-PRW
**ATTORNEY:** John Wieser, Esq.     **ATTORNEY FEES:** $2500
    **Additional Attorney Fees:** $

**I.  TRUSTEE RECOMMENDATION:** \_\_\_\_\_ Plan Recommended    __X__ Plan Not Recommended

**II.  PLAN FILED DATE:** 3/23/17 (ECF BK No. 2 )

   **A.  PAYMENTS:** $1255 per month voluntarily

   **B.  REPAYMENT:**
| | | |
|---|---|---|
| To secured creditors | $ 50,461 | with interest $75,420 |
| To priority creditors | $ 1,560 | |
| To unsecured creditors | $ ? | est. % |
| General unsecured debt | $169,180 (uib) | |
| Duration of Plan | 5 + | years |
| Total Scheduled Debt | $ 52,714 | incl. mortgages |

   **C.  FEASIBILITY:**
| | | | |
|---|---|---|---|
| Monthly Income | $3013 | (net) $3013 | (gross) |
| Less Estimated Expenses | $1760 | | |
| Excess for Wage Plan | $1253 | | |

   **D.  OBJECTIONS to Confirmation:** 1. Ms. Knight is behind on plan payments. A motion to dismiss is pending.
2. The interest proposed to be paid to the secured creditors does not match the statutory interest or the interest which they have demanded in their proofs of claim.
3. If the proper interest rates are paid to the secured creditors, the plan cannot be completed in 5 years.

   **E.  Other comments:**
- ☐ risk factor 3 because of prior bankruptcies
- ☐ need judgments removed    ☐ need mortgages eliminated
- ☐ need appraisals of real estate and personal property    ☐ need motions to value collateral
- ☐ need certification of post petition DSO payments.    ☐ need proof of surrender efforts
- ☒ other: The above figures assume payment of the secured claims with the proper rates of interest.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | No claim | R/P taxes | Yes | $21,325.48 + 12% | $474.37 |
| City of Rochester | $ 9,990.09 | R/P taxes | Yes | $ 8,958.93 + 12% | $228.00 |
| City of Rochester | | | | $ 1,031.16 + 0% | $ 18.00 |
| Monroe Cty Treas | $ 3,731.79 | R/P taxes | Yes | $ 3,244.07 + 12% | $ 83.00 |
| Monroe Cty Treas | | | | $ 487.72 + 0% | $ 15.00 |
| Tower Capital Mgmt | $15,414.03 | R/P taxes | Yes | $ 8,733.12 + 12% | $334.00 |
| Tower Capital Mgmt | | | | $ 6,680.87 + 0% | $112.00 |

IV. **SPECIAL PLAN PROVISIONS:**

    A.    CLASSIFICATION of unsecured creditors: *Not applicable*
           Class 1:        % $
           Class 2:        % $
           Class 3         % $
    B.    Rejection of executory contracts:
    C.    Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A.    All assets were listed.
    B.    Total market value of assets:           $70,782
           Less valid liens    $50,461
           Less exempt property    $19,920
           (Available for judgment liens )
           Subtotal    $ 401
           Less est. Chapter 7 fees    $ 100
    C.    Total available in liquidation    $ 301
    D.    Best interests including present value    $ 332
           Less priority claims    $1560
           (Support $        )
    E.    Amount due to unsecured    $ 0
    F.    Amount to be distributed to unsecured creditors    $ ?

    G.    Nature of major non-exempt assets:

VI. **OTHER:**
    A.    Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.    Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.    (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.    Debtor requests no wage order because: ____ disability or retirement, ____ self employed, ____ risk of job loss, ____ other
    E.    Converted from Chapter 7 because: Non Applicable.

                                                      /S/_____
                                                      **GEORGE M. REIBER, TRUSTEE**