| | AMENDED TRUSTEE'S CONFIRMATION REPORT – 12/28/17 |
|---|---|

**DEBTOR:** Connecticut M Knight  **CASE NO.:** 17-20285-PRW
**ATTORNEY:** John Wieser, Esq.  **ATTORNEY FEES:** $2500
 **Additional Attorney Fees:** $

I. **TRUSTEE RECOMMENDATION:**  _____ Plan Recommended  __X\_\_\_ Plan Not Recommended

II. **PLAN FILED DATE:** 12/27/17 (ECF BK No. 30 )
 A. **PAYMENTS:** $675 per month voluntarily. Payments increase to $1500 per month in February, 2021.

 B. **REPAYMENT:**
 To secured creditors $ 29,136 with interest $46,964
 To priority creditors $ 1,560
 To unsecured creditors $ 0 est. %
 General unsecured debt $169,180 (uib)
 Duration of Plan 5 years
 Total Scheduled Debt $ 52,714 incl. mortgages

 C. **FEASIBILITY:**
 Monthly Income $3013 (net) $3013 (gross)
 Less Estimated Expenses $1760
 Excess for Wage Plan $1253

 D. **OBJECTIONS to Confirmation:** 1. Ms. Knight is behind on plan payments. A motion to dismiss is pending.
 2. The new plan was not served in time to afford creditors an opportunity to object.

 E. Other comments:
 ☐ risk factor 3 because of prior bankruptcies
 ☐ need judgments removed  ☐ need mortgages eliminated
 ☐ need appraisals of real estate and personal property  ☐ need motions to value collateral
 ☐ need certification of post petition DSO payments.  ☐ need proof of surrender efforts
 ☐ other:

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| City of Rochester | $ 9,990.09 | R/P taxes | Yes | $ 8,958.93 + 12% | $228.00 |
| City of Rochester | | | | $ 1,031.16 + 0% | $ 18.00 |
| Monroe Cty Treas | $ 3,731.79 | R/P taxes | Yes | $ 3,244.07 + 12% | $ 83.00 |
| Monroe Cty Treas | | | | $ 487.72 + 0% | $ 15.00 |
| Tower Capital Mgmt | $15,414.03 | R/P taxes | Yes | $ 8,733.12 + 12% | $334.00 |
| Tower Capital Mgmt | | | | $ 6,680.87 + 0% | $112.00 |

IV. **SPECIAL PLAN PROVISIONS:**

    A. CLASSIFICATION of unsecured creditors: *Not applicable*
        Class 1:    % $
        Class 2:    % $
        Class 3    % $
    B. Rejection of executory contracts:
    C. Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A. All assets were listed.
    B. Total market value of assets:    $70,782
        Less valid liens   $50,461
        Less exempt property   $19,920
        (Available for judgment liens )
        Subtotal   $ 401
        Less est. Chapter 7 fees   $ 100
    C. Total available in liquidation   $ 301
    D. Best interests including present value   $ 332
        Less priority claims   $1560
        (Support $     )
    E. Amount due to unsecured   $ 0
    F. Amount to be distributed to unsecured creditors   $ 0

    G. Nature of major non-exempt assets:

VI. **OTHER:**
    A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D. Debtor requests no wage order because: \_\_\_\_\_ disability or retirement, \_\_\_\_\_ self employed, \_\_\_\_\_ risk of job loss, \_\_\_\_\_ other
    E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE