**GEORGE M. REIBER**
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

January 26, 2018

U.S. Bankruptcy Court
100 State Street
Rochester, NY 14614

    **Re**:  Connecticut M Knight
        Chapter 13 Case No.: 17-20285-PRW
        Motion to Dismiss filed November 2, 2017 (ECF No 23)
        Returnable: February 5, 2018

To All Parties Concerned:

    Please be advised that I hereby withdraw my Motion to Dismiss Case for Failure to Make Plan Payments in the above case. The debtor has begun making plan payments.

    If you have any questions, do not hesitate to contact me.

        Very truly yours,

        /s/_____
        George M. Reiber,
        Chapter 13 Trustee

GMR/hah
xc:  John D Wieser, Esq.
     U.S. Trustee's Office